17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ORIGINAL

SSN
Kimberly Caves 494762916
9065 Pohlman Rd
Florissant, MO 63033
Plaintiff,

v.

SSN
Marvin Lang 424048179
4291 Tyler
Detroit, MI 48238

Defendant(s).

Case: 2:08-cv-12931
Judge: Rosen, Gerald E
MJ: Morgan, Virginia M
Filed: 07-09-2008 At 01:42 PM
CAVES V LANG KEG

# COMPLAINT

Marvin Lang was employed with Cobra Trucking as a driver earlier this year. His services was terminated and he called me and discussed wanting to buy a Freightliner Truck so he could drive for himself and act as an owner/operator. Mr Lang, proposed to me in early March 2008, if I could loan him $10,000 to buy a used Freightliner. I stressed to him that I'd be willing to loan him that kind of money only if he could pay it back quickly, because I'm in the middle of a divorce, not employed and have 3 kids and a house with bills to pay. He told me without hesitation, that he could make anywhere from $2500-$3000 in a weeks time. He told me several times during the month of March 2008, that he'd give me back the $10,000 within 3 months. He clearly understood, this was a debt, not a gift. Soon after

Mr Lang purchased the truck, he began having maintenance problems. Marvin called me several times in April 2008 complaining about the repairs needed for the truck and not being able to drive, which ultimately meant him not making any money. We discussed me loaning him more money to get the truck up and running. I told Marvin that I was tapped out of loaning cash and that he could use my credit card only if he could wire me the money back so I could pay. He gladly agreed to this proposition. A separate credit card was given to Marvin, in his name, under my account. He maxed out 2 credit cards, totalling $4633 and asked to borrow more money, $3000 so he could get the truck licensed, tags, more repairs, help with fuel and other expenses. The loans kept escalating til finally, mid June 2008, I asked Mr Lang, through many conversations, text messages and voice messages, If he could start paying back the loan immediately. His grandmother, Martha Caves even spoke to him about the loan and he told her, he would repay the loan. I asked for $500 per week, he said okay but never sent anything. I sent Mr Lang → over

Kimberly Caves
Signature of Plaintiff

3065 Pohlman Road
Street Address

Florissant, MO 63033
City, State, ZIP

314 803 0030
Telephone Number

7/8/08
Date

**Marvin Lang's Debt**

| | |
|---|---|
| Purchase of 2000 Freightliner 4/3/08<br>from Tag Truck Center<br>vin# 1FUPCXYB6YLG72817 | 10,000.00 |
| State of Michigan for LLC 6/18/08 | 50.00 |
| Western Union 3/27/08 | 300.00 |
| Western Union 4/7/08 | 300.00 |
| Western Union 4/13/08 | 200.00 |
| Providian Credit Card | 3663.80 |
| Capital One | 2000.00 |
| Capital One | 2633.74 |
| **Total Debt Owed** | **19,147.54** |

On June 6, 2008, Marvin Lang gave me $100 to pay for a Capital One credit card bill acct ending in x1703

**Regions Bank**

New Halls Ferry
11920 New Halls Ferry RD
Florissant, MO 63033

KIMBERLY P CAVES
2065 POHLMAN RD
FLORISSANT MO 63033-6502

ACCOUNT # [redacted]





Check# 2139 03/24/2008 $9000.00



Check# 2140 03/31/2008 $153.00



Check# 2141 03/26/2008 $200.00



Check# 2145 04/02/2008 $434.00



Check# 2146 04/04/2008 $1000.00



Check# 2148 04/16/2008 $10.95



Check# 2152 04/10/2008 $20.00



Check# 2153 04/09/2008 $60.00



Check# 2154 04/10/2008 $1500.00

700 (Rev.12/05)

Preparer's Name Marvin Lamar Lang

Business Telephone Number (313) 701-5868

Name of person or organization remitting fees.

Marvin Lamar Lang

## INFORMATION AND INSTRUCTIONS

1. This form may be used to draft your Articles of Organization. A document required or permitted to be filed under the act cannot be filed unless it contains the minimum information required by the Act. The format provided contains only the minimal informaiton required to make the document fileable and may not meet your needs. This is a legal document and agency staff cannot provide legal advice.

2. Submit one original of this document. Upon filing, the document will be added to the records of the Bureau of Commercial Services. The original will be returned to your registered office address, unless you enter a different address in the box on the front of this document.

   Since this document will be maintained on electronic format, it is important that the filing be legible. Documents with poor black and white contrast, or otherwise illegible, will be rejected.

3. This document is to be used pursuant to the provisions of Act 23, P.A. of 1993, by one or more persons for the purpose of forming a domestic limited liability company. **Use form BCS/CD 701 if the limited liability company will be providing services rendered by a dentist, an osteopathic physician, a physician, a surgeon, a doctor of divinity or other clergy, or an attorney-at-law.**

4. Article I - The name of a domestic limited liability company is required to contain one of the following words or abbreviations: "Limited Liability Company", "L.L.C.", "L.C.", "LLC", or "LC".

5. Article II - Under section 203(b) of the Act, it is sufficient to state substantially, alone or with specifically enumerated purposes, that the limited liability company is formed to engage in any activity within the purposes for which a limited liability company may be formed under the Act.

6. Article V - Section 401 of the Act specifically states the business shall be managed by members unless the Articles of Organization state the business will be managed by managers. If the limited liability company is to be managed by managers instead of by members, insert a statement to that effect in Article V.

7. This document is effective on the date endorsed "Filed" by the Bureau. A later effective date, no more than 90 days after the date of delivery, may be stated as an additional article.

8. The Articles must be signed by one or more persons organizing the Limited Liability Company. State name of the organizers signing beneath their signature.

9. If more space is needed, attach additional pages. All pages should be numbered.

10. **NONREFUNDABLE FEE:** Make remittance payable to the State of Michigan. Include limited liability company name on check or money order. ........................................ **$50.00** ←

To submit by mail:

Michigan Department of Labor & Economic Growth
Bureau of Commercial Services
Corporation Division

P.O. Box 30054
Lansing, MI 48909

To submit in person:

2501 Woodlake Circle
Okemos, MI
(517) 241-6470

Fees may be paid by VISA or Mastercard when delivered in person to our office.

MICH-ELF (Michigan Electronic Filing System):

First Time Users: Call (517) 241-6470, or visit our website at http://www.michigan.gov/corporations

The Department of Labor & Economic Growth will not discriminate against any individual or group because of race, sex, religion, age, national origin, color, marital status, disability or political beliefs. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you may make your needs known to this agency.

Paid on Check 2182 6/18/08

(Rev. 12/05)

**MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH**
**BUREAU OF COMMERCIAL SERVICES**

Date Received

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name
Marvin Lamar Lang

Address
4291 Tyler

| City | State | Zip Code |
|---|---|---|
| Detroit | MI | 48238 |

EFFECTIVE DATE:

**Document will be returned to the name and address you enter above.**
**If left blank document will be mailed to the registered office.**

## ARTICLES OF ORGANIZATION
### For use by Domestic Limited Liability Companies

B

(Please read information and instructions on last page)

*Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned execute the following Articles:*

**ARTICLE I**

The name of the limited liability company is: Grindhard Trucking LLC

**ARTICLE II**

The purpose or purposes for which the limited liability company is formed is to engage in any activity within the purposes for which a limited liability company may be formed under the Limited Liability Company Act of Michigan.

To transport common goods interstate

**ARTICLE III**

The duration of the limited liability company if other than perpetual is: 25 years

**ARTICLE IV**

1. The street address of the location of the registered office is:

4291 Tyler (Street Address) Detroit (City), Michigan 48238 (ZIP Code)

2. The mailing address of the registered office if different than above:

____ (Street Address or P.O. Box) ____ (City), Michigan ____ (ZIP Code)

3. The name of the resident agent at the registered office is: ____

**ARTICLE V** (Insert any desired additional provision authorized by the Act; attach additional pages if needed.)

Signed this 18th day of June, 2008

By [signature: Marvin Lang]
(Signature(s) of Organizer(s))

Marvin Lamar Lang
(Type or Print Name(s) of Organizer(s))

ION

Customer Receipt / Recibo del Cliente

UCKS #184
GRANDVIEW PLAZA
FLORISSANT MO 63033

Oper ID: 307
03/27/08
1203P CDT

Money Transfer Send
~~Envio de Dinero~~
MTCN: 009-405-5628
MONEY IN MINUTES

Sender/Remitente: KIMBERLY CAVES
Receiver/Destinatario: MARVIN LANG

Available In/Disponible en:DETROIT,MI - MONEY IN MINUTES

Western Union Card Number / Numero de Tarjeta: 911003118

| | | |
|---|---|---|
| Amount/Cantidad: | $ | 300.00 |
| Charge(s)/Cargos: | | |
| Service/Servicio: | | 29.99 |
| Total/Total: | $ | 329.99 |

YOU`VE BEEN ENROLLED IN THE GOLD CARD REWARDS PROGRAM! To activate your Rewards Card just use the Card Number listed above again. Once you do, we will send your Card in the mail and you`ll begin earning valuable rewards!
*** Apply for your Western Union Prepaid Visa Card and the $9.95 Activation Fee will be waived. No credit check. Enroll today at www.mycardplace.com/wuvisa3 Valid to: June 30, 2008.

Agent Signature / Firma del Agente: Mary

Customer Signature / Firma del Cliente

***IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. *ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIEN GANA DINERO CUANDO CAMBIA SUS DOLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MAS INFORMACION SOBRE EL CAMBIO DE MONEDA.** * CERTAIN TERMS GOVERNING THIS TRANSACTION ARE ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU AGREE TO THOSE TERMS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. * ALGUNOS TERMINOS QUE RIGEN ESTA TRANSACCION SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA. SI APARECEN MAS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCION SE DETERMINARON EN EL MOMENTO DEL ENVIO. SI NO, LA TASA DE CAMBIO SE ESTABLECERA CUANDO EL DESTINATARIO RECIBA EL DINERO.

IMPORTANT CONSUMER FRAUD ALERT: SEE REVERSE SIDE FOR DETAILS. AVISO IMPORTANTE SOBRE FRAUDE AL CONSUMIDOR: VER DORSO PARA DETALLES.

DRCMICRNB 08/04
7108G

Customer Receipt / Recibo del Cliente

...CKS #184
... GRANDVIEW PLAZA
FLORISSANT MO 63033

Oper ID: 307 Money Transfer Send
04/07/08 Envio de Dinero
410P CDT MTCN: 553-832-1749
MONEY IN MINUTES

Sender/Remitente: KIMBERLY CAVES
Receiver/Destinatario: MARVIN LANG

Available In/Disponible en:WEST MEMPHIS,AR - MONEY IN MINUTES

Western Union Card Number / Numero de Tarjeta: 911003118
Total WU Card Points/Total puntos en tarjeta WU : 15
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 15

| | | |
|---|---|---|
| Amount/Cantidad: | $ | 300.00 |
| Charge(s)/Cargos: | | |
| Service/Servicio: | | 29.99 |
| Total/Total: | $ | 329.99 |

CONGRATULATIONS! YOU JUST ACTIVATED YOUR GOLD CARD REWARDS ACCOUNT! Your Welcome Kit and Card will arrive in 4-5 weeks. Use your Gold Card to save time on transactions AND earn phone time and valuable Reward Points! *** Apply for your Western Union Prepaid Visa Card and the $9.95 Activation Fee will be waived. No credit check. Enroll today at www.mycardplace.com/wuvisa3 Valid to: June 30, 2008.

Agent Signature / Firma del Agente Mary

Customer Signature / Firma del Cliente

***IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. *ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIEN GANA DINERO CUANDO CAMBIA SUS DOLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MAS INFORMACION SOBRE EL CAMBIO DE MONEDA.** * CERTAIN TERMS GOVERNING THIS TRANSACTION ARE ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU AGREE TO THOSE TERMS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. * ALGUNOS TERMINOS QUE RIGEN ESTA TRANSACCION SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA. SI APARECEN MAS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCION SE DETERMINARON EN EL MOMENTO DEL ENVIO. SI NO, LA TASA DE CAMBIO SE ESTABLECERA CUANDO EL DESTINATARIO RECIBA EL DINERO.

IMPORTANT CONSUMER FRAUD ALERT. SEE REVERSE SIDE FOR DETAILS. AVISO IMPORTANTE SOBRE FRAUDE AL CONSUMIDOR. VER DORSO PARA DETALLES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 625357086373.

DRCMICRNB 08/04
7108G

Customer Receipt/Recibo del Cliente

UNION

UCKS #145 WESTFALL PLAZA
037 W FLORISSANT AVE
SAINT LOUIS MO 63136

Oper ID: 321 Money Transfer Send
04/13/08 Envio de Dinero
957P EDT MTCN: 234-748-7958
MONEY IN MINUTES

Sender/Remitente: KIMBERLY CAVES
Receiver/Destinatario: MARVIN LANG

Available In/Disponible en:MEMPHIS,TN - MONEY IN MINUTES

Western Union Card Number / Numero de Tarjeta: 911003118
Total WU Card Points/Total puntos en tarjeta WU : 25
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 10

Amount/Cantidad: $ 200.00
Charge(s)/Cargos:
Service/Servicio: 23.99
Total/Total: $ 223.99

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card. *** Apply for your Western Union Prepaid Visa Card and the $9.95 Activation Fee will be waived. No credit check. Enroll today at www.mycardplace.com/wuvisa3 Valid to: June 30, 2008.

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

***IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. *ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIEN GANA DINERO CUANDO CAMBIA SUS DOLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MAS INFORMACION SOBRE EL CAMBIO DE MONEDA.** * CERTAIN TERMS GOVERNING THIS TRANSACTION ARE ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU AGREE TO THOSE TERMS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. * ALGUNOS TERMINOS QUE RIGEN ESTA TRANSACCION SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA. SI APARECEN MAS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCION SE DETERMINARON EN EL MOMENTO DEL ENVIO. SI NO, LA TASA DE CAMBIO SE ESTABLECERA CUANDO EL DESTINATARIO RECIBA EL DINERO.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 625357086373.

DRCMICRRB 06/04
71063

IMPORTANT CONSUMER FRAUD ALERT. SEE REVERSE SIDE FOR DETAILS. AVISO IMPORTANTE SOBRE FRAUDE AL CONSUMIDOR. VER DORSO PARA DETALLES.

**FedEx US Airbill** FedEx Tracking Number 8647 0511 2103 0200 **Sender's Copy**

**1 From** Please print and press hard.

Date 6/4/08 Sender's FedEx Account Number

Sender's Name Kimberly Caves Phone 314 8030230

Company

Address 2065 Pohlman Rd Dept./Floor/Suite/Room

City Florissant State MO ZIP 63033

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.

**3 To** Recipient's Name Marvin Clang Phone 313 7015868

Company

Recipient's Address 4291 Tyler Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City Detroit State MI ZIP 48238

**Ship and track packages at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *Packages up to 150 lbs.*

- [X] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. * To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: ** To most locations.

**5 Packaging**

- [X] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [X] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [ ] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [X] Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

Total Packages 1 Total Weight 1 Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [X] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

520

Rev. Date 10/05 • Part #158280 • ©1994–2005 FedEx • PRINTED IN U.S.A. SRF

**FedEx Kinko's**
Office and Print Center

2330 N HIGHWAY 67
FLORISSANT, MO 63033

Location: ALNKO
Device ID: ALNKO-POS1
Employee: 1876948
Transaction: 550116957694

PRIORITY OVERNIGHT $30.34
864705112103 0.15 lb (S)

Shipment subtotal: $30.34
Total Due: $30.34
Cash: $31.00
Change Due: $0.66

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

#1100 sent to Detroit loan for tags, license etc...

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

June 4, 2008 4:45:32 PM

# Providian

PO Box 660433, Dallas, TX 75266-0433

☐ Indicate change of address on back

| Payment Due Date | Minimum Payment | Balance as of 06/25/2008 | Account Number |
|---|---|---|---|
| 07/22/08 | $142.00 | $4,719.06 | [redacted] |

**YES! Protect my account with OPTIONAL Credit Protection (CP).**
I agree to the enclosed CP Terms & Conditions and authorize the monthly membership fee of $0.79 per $100 of my balance to be billed to my account. (A)

Initial Here ______

AMOUNT ENCLOSED (use blue or black ink)

$ ______

N
000

Make Checks Payable to Washington Mutual

10171702

WASHINGTON MUTUAL CARD SERVICES
P.O. BOX 660487
DALLAS TX 75266-0487

KIMBERLY CAVES
2065 POHLMAN RD
FLORISSANT MO 63033-6502

[redacted] 0014200 0471906 0064000 24

DETACH HERE

6092 1295 JYG 1 7 24 080625 PAGE 1 of 1 COLR204B N000 01AB6092 10171702

0-139
1-2

**Important Messages**

Make your vacation dreams a reality. Just use checks to access your credit line.

## Account Summary

| | | | | |
|---|---|---|---|---|
| [illegible] [redacted] | | [illegible] | | |
| Statement Closing Date | 06/25/08 | Credits & Payments | - | $0.00 |
| Minimum Payment of $142.00 [illegible] Due by 07/22/08 | | [illegible] | | [illegible] |
| Credit Line | $15,949.00 | Cash Advances | + | $4,000.00 |
| [illegible] | [illegible] | FINANCE CHARGE | | [illegible] |
| Available Credit for Cash Advances as of 06/25/08 | $11,229.00 | NEW BALANCE | = | $4,719.06 |
| [illegible] | | [illegible] | | |

## Transactions

| Date | Description | | Amount |
|---|---|---|---|
| Jun 04 | REGIONS BANK CASH ADVANCEFLORISSANT MO | $1700 loan for Marvin | $2,000.00 |
| Jun 06 | CASH ADVANCE FEE, A FINANCE CHARGE | | $60.00 |
| Jun 09 | CASH FIRST INDEPENDENCE BDETROIT MI | $1300 loan for Marvin | $2,000.00 |
| Jun 10 | CASH ADVANCE FEE, A FINANCE CHARGE | | $60.00 |
| Jun 11 | KENWORTH OF ST LOUIS FENTFENTON MO | repair for Marvin's Truck | $543.80 |

**FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE OF PAGE 1.**

## Balance Category

| | Average Daily Balance | Daily Periodic Rate | Corresponding APR | Finance Charges | Grace Terms |
|---|---|---|---|---|---|
| Purchase - Current Cycle | $248.13 | .0548%* | 19.99%* | $0.00 | Term A |
| Cash - Current Cycle | $2,444.77 | .0685%* | 24.99%* | $55.26 | Term B |

**Effective ANNUAL PERCENTAGE RATE (APR): 51.72%** *These rates may vary.

The Corresponding APR is the rate of interest you pay when you carry a balance on purchases or cash advances. The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

**For 24-hour Automated Account Information, please call 1-800-280-0561 or visit us at www.providian.com**
**Your account is issued by Washington Mutual Bank, Henderson, NV.**

CHECK TERMS AND CONDITIONS: When you use this check(s), we will charge a Cash Advance fee of 3% of the amount of the advance ($10 minimum), which is a FINANCE CHARGE. To use this check(s), your account must be current and have enough available credit. Your available credit may be less if recently your credit line was lowered or a payment was returned. This check(s) must be used by 08/15/08 and can't be used to pay any Washington Mutual account. Returned check fee: $29. Overlimit fee: $39. Finance charges accrue from the date each check is presented to us. If you are currently receiving a promotional APR for Cash Advances, this APR will apply to this check(s) for the rest of the promotional period. After that (or if you are not receiving a promotional APR), your non-Introductory APR for Cash Advances under your Account Agreement will apply, may vary, and is currently 24.99%. For this offer, the Cash Advance fee will be added to the Purchase Balance and be subject to your APR for Purchases.

Capital One

Online Banking
KIMBERLY CAVES

# Transaction Details

View the details below for your transaction. If you require additional information, please contact the merchant.

**Detailed Information**

| | |
|---|---|
| Transaction Date: | April 22, 2008 |
| Post Date: | April 25, 2008 |
| Transaction Description: | unlimited truck & trailer 734-289-1200 MI |
| Charge: | $396.12 |
| Category: | GasAutomotive |
| Merchant Information: | unlimited truck & trailer 734-289-1200 MI |

Return to Transactions & Details | File a Dispute

CapitalOne.com
Home
Contact Us

Legal
Privacy
Security
Terms and Conditions

This site provides information about and access to financial services offered by the Capital One family of companies, including Capital One Bank (USA), N.A. and Capital One, N.A., members FDIC.
Consult your account agreement for information about the Capital One company servicing your individual accounts.

Capital One does not provide, endorse, nor guarantee and is not liable for third party products, services, educational tools, or other information available through this site. Read additional important disclosures.

©2008 Capital One Services, Inc.
Capital One and Blank Check® are federally registered service marks. All rights reserved.

MEMBER FDIC

Capital One

Online Banking
KIMBERLY CAVES

# Transaction Details

View the details below for your transaction. If you require additional information, please contact the merchant.

**Detailed Information**

| | |
|---|---|
| Transaction Date: | April 28, 2008 |
| Post Date: | May 01, 2008 |
| Transaction Description: | unlimited truck & trailer 734-289-1200 MI |
| Charge: | $510.79 |
| Category: | GasAutomotive |
| Merchant Information: | unlimited truck & trailer 734-289-1200 MI |

Return to Transactions & Details | File a Dispute

CapitalOne.com
Home
Contact Us

Legal
Privacy
Security
Terms and Conditions

This site provides information about and access to financial services offered by the Capital One family of companies, including Capital One Bank (USA), N.A. and Capital One, N.A., members FDIC.
Consult your account agreement for information about the Capital One company servicing your individual accounts.

Capital One does not provide, endorse, nor guarantee and is not liable for third party products, services, educational tools, or other information available through this site. Read additional important disclosures.

©2008 Capital One Services, Inc.
Capital One and Blank Check® are federally registered service marks. All rights reserved.

MEMBER FDIC
Equal Housing Lender

...talOne *what's in your wallet?*

**www.capitalone.com**

| Previous Balance | | Payments & Credits | | FINANCE CHARGE | | Transactions | | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|
| $922.91 | − | $100.00 | + | $30.38 | + | $1,154.96 | = | $2,008.25 | $60.00 | Jul. 09, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

May. 15, 2008 — Jun. 14, 2008 Page 1 of 1

**Visa Platinum Account**
**4388-6419-0079-1703**

## Your Account Information

| | |
|---|---|
| TOTAL REVOLVING CREDIT LINE | $2,000.00 |
| TOTAL AVAILABLE REVOLVING CREDIT | $0.00 |
| CREDIT LINE FOR CASH | $2,000.00 |
| AVAILABLE CREDIT FOR CASH | $0.00 |

## Finance Charges (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $1,761.76 | 0.05562% P | 20.30% | $30.38 |
| Cash | $0.00 | 0.05425% | 19.80% | $0.00 |

**ANNUAL PERCENTAGE RATE applied this period: 20.30%**

**At Your Service 1-800-903-3637**
To call Customer Relations or to report a lost or stolen card




**Important Notice** Your account was past due. Under the terms we previously disclosed to you, if your account is past due again in the next 12 billing cycles, your Annual Percentage Rates (APRs) may increase.

## Payments, Credits & Adjustments

| | | | |
|---|---|---|---|
| 1 | 12 JUN | PAYMENT | $100.00- |

## Transactions

| | | | |
|---|---|---|---|
| 2 | 19 MAY | VIRGINIA TRUCK CEN WEYERS CAVE VA | $431.60 |
| 3 | 22 MAY | EMPIRE CHROME WEST MEMPHIS AR | $19.64 |
| 4 | 23 MAY | PILOT W. Memphis AR | $401.63 |
| 5 | 25 MAY | FEDEX SHP 05/21/08 AB# 864-565783878 TN | $28.69 |
| 6 | 25 MAY | PILOT Pendleton IN | $110.15 |
| 7 | 27 MAY | LUBE ZONE LLC REDFORD MI | $59.25 |
| 8 | 06 JUN | SUNOCO SVC STATION OKEMOS MI | $26.00 |
| 9 | 09 JUN | PAST DUE FEE | $39.00 |
| 10 | 14 JUN | OVERLIMIT FEE JUN 09, 2008 | $39.00 |

You were assessed a past due fee because your minimum payment was not received by the due date. To avoid this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One

Whether you're in the market for a home equity loan or you're interested in refinancing, Capital One will find a home loan solution to fit your needs. We offer great rates, no hidden fees, and you will receive the one-on-one attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information.

COLR833L 6056 0301 406 07 P8061 4 PAGE 00001 OF 00002

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

Capital One www.capitalone.com
*what's in your wallet?*

| Previous Balance | | Payments & Credits | | FINANCE CHARGE | | Transactions | | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | − | $50.00 | + | $0.00 | + | $2,733.74 | = | $2,683.74 | $80.00 | Jul. 04, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

May. 10, 2008 — Jun. 09, 2008 Page 1 of 1

1-2

Visa Platinum Account
4121-7470-4913-6593

## Your Account Information

| | |
|---|---|
| TOTAL REVOLVING CREDIT LINE | $3,000.00 |
| TOTAL AVAILABLE REVOLVING CREDIT | $316.26 |
| CREDIT LINE FOR CASH | $3,000.00 |
| AVAILABLE CREDIT FOR CASH | $316.26 |

## Finance Charges (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.04808% F | 17.55% | $0.00 |
| Cash | $0.00 | 0.04808% F | 17.55% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period: 0.00%

**At Your Service 1-800-903-3637**
To call Customer Relations or to report a lost or stolen card

**Send payments to:**
Capital One Bk(USA),NA • P.O. Box 5294 • Carol Stream, IL 60197-5294

**Send Inquiries to:**
Capital One• P.O. Box 30285 • Salt Lake City, UT 84130-0285

**Have a question about a charge on your statement?**
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

## Payments, Credits & Adjustments

| | | | |
|---|---|---|---|
| 1 | 19 MAY | PAYMENT | $50.00- |

## Transactions

| | | | |
|---|---|---|---|
| 2 | 10 MAY | GLOBAL TEL LINK 866-230-7761 AL | $50.00 |
| 3 | 14 MAY | unlimited truck & trailer 734-289-1200 MI | $2,633.74 ← |
| 4 | 28 MAY | GLOBAL TEL LINK 866-230-7761 AL | $50.00 |

Whether you're in the market for a home equity loan or you're interested in refinancing, Capital One will find a home loan solution to fit your needs. We offer great rates, no hidden fees, and you will receive the one-on-one attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information.




COLR633N 6056 0304 408 07 D81609 PAGE 00001 OF 00002 D0083081

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

(Rev. 11/04)

# CIVIL COVER SHEET County in which this action arose Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Kimberly Caves

**DEFENDANTS** Marvin Lang

(b) County of Residence of First Listed Plaintiff St. Clair County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Wayne County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kimberly Caves
[illegible] Road
[illegible], MI [illegible]

Attorneys (If Known)
Marvin Lang
[illegible]
Detroit, MI 48[illegible]

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Case: 2:08-cv-12931
Judge: Rosen, Gerald E
MJ: Morgan, Virginia M
Filed: 07-09-2008 At 01:42 PM
CAVES V LANG KEG

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

890

CONTRACT: ☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☐ 190 Other Contract; ☐ 195 Contract Product Liability; ☐ 196 Franchise

REAL PROPERTY: ☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

TORTS — PERSONAL INJURY: ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury

PERSONAL INJURY: ☐ 362 Personal Injury - Med. Malpractice; ☐ 365 Personal Injury - Product Liability; ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY: ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

CIVIL RIGHTS: ☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 440 Other Civil Rights

PRISONER PETITIONS: ☐ 510 Motions to Vacate Sentence; Habeas Corpus: ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition

FORFEITURE/PENALTY: ☐ 610 A[illegible]; ☐ 620 O[illegible]; ☐ 625 D[illegible]; ☐ 630 L[illegible]; ☐ 640 R.R. & Truck; ☐ 650 Airline Regs.; ☐ 660 Occupational Safety/Health; ☐ 690 Other

LABOR: ☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt.Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act

PROPERTY RIGHTS: ☐ 830 Patent; ☐ 840 Trademark

SOCIAL SECURITY: ☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

FEDERAL TAX SUITS: ☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES: ☐ 480 Consumer Credit; ☐ 490 Cable/Sat TV; ☐ 810 Selective Service; ☐ 850 Securities/Commodities/Exchange; ☐ 875 Customer Challenge 12 USC 3410; ☒ 890 Other Statutory Actions; ☐ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900 Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding; ☐ 2 Removed from State Court; ☐ 3 Remanded from Appellate Court; ☐ 4 Reinstated or Reopened; ☐ 5 Transferred from another district (specify); ☐ 6 Multidistrict Litigation; ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 890
Brief description of cause: I am suing Marvin Lang for failure to repay a debt

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 19,147.54
CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** N/A (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE ______ SIGNATURE OF ATTORNEY OF RECORD ______

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

## RSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________

Case No.: ______________________

Judge: ______________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________

Case No.: ______________________

Judge: ______________________

Notes :